UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MANESHA F.,[1]

          Plaintiff,

v.

FRANK BISIGNANO,
*Commissioner of Social Security*,

          Defendant.

Civil No. 25-849 (JRT/DJF)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

---

Bryan Konoski, **KONOSKI & PARTNERS, P.C.**, 180 Tices Lane, Suite 204, Building A, East Brunswick, NJ 08816, for the Plaintiff.

Ana H. Voss, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415; and

Fatima Shah, James D. Sides, and Sophie Doroba, **SOCIAL SECURITY ADMINISTRATION**, Office of the General Counsel, 6401 Security Boulevard, Baltimore MD 21235, for Defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Dulce J. Foster dated January 15, 2026 (Docket No. [14]), along with all the files and records, and because no objections to the Report and Recommendation have been filed,

**IT IS HEREBY ORDERED** that:

    1. Plaintiff's Request for Relief (ECF No. [9]) be **DENIED**;

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in court filings in Social Security matters.

2. The Commissioner's Request for Relief (ECF No. [11]) be **GRANTED**;

3. The Decision be **AFFRIMED**; and

4. Plaintiff's Complaint (ECF No. [1]) be **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

DATED: February 11, 2026          ____/s/ John R. Tunheim____
at Minneapolis, Minnesota.              JOHN R. TUNHEIM
                                  United States District Judge